UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In Re: WILLIAM T. MOORE
TONYA D. MOORE

Case No: 21-32267

## TRUSTEE'S SHOW CAUSE REQUEST
## DEBTOR WILL NOT COMPLETE PLAN AS CURRENTLY PROPOSED

Comes the Chapter 13 Trustee and moves the Court to require the debtor(s) to show cause why the above case should not be dismissed. In particular, the Chapter 13 Trustee states as follows:

1. The Chapter 13 Trustee has performed a review of the debtor's confirmed Chapter 13, and it appears to the Trustee that the debtor's confirmed plan will not complete at the currently scheduled payment amount.

2. The Chapter 13 Trustee's office has contacted the debtor's attorney's office in an effort to have this matter resolved. As of the date of the filing of this show cause motion, the debtor has not proposed a motion to modify that will allow them to successfully complete their confirmed Chapter 13.

WHEREFORE, the Trustee requests that the debtor(s) be required to show why the above case should not be dismissed.

Tendered By:
William W. Lawrence,Trustee
200 S. Seventh St., Suite 310
Louisville. KY 40202

*/s/William W. Lawrence*
WILLIAM W. LAWRENCE, TRUSTEE
5/4/2022