UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In Re: WILLIAM T. MOORE  
      TONYA D. MOORE

Case No:  
21-32267

ORDER

    On motion of the Chapter 13 Trustee, a hearing is set for the _____ day of _____, 20___ at _____ . Prior to the hearing, the attorney for the debtor(s) must file a motion to amend the order of confirmation that will allow their client to successfully complete their confirmed Chapter 13. Failure to comply with this order may result in dismissal of this case.

Tendered By:  
William W. Lawrence, Trustee  
200 S. Seventh St., Suite 310  
Louisville. KY 40202