UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

IN RE: )
    William T. Moore )
    Tonya D. Moore ) CASE NO. 21-32267
     ) CHAPTER 13
     )
              Debtors )
     )

## MOTION TO DISMISS CASE

    Come now the Debtors, by counsel, and move the Court to dismiss their case.

Respectfully submitted,

/s/ Matthew Owen_____
Matthew Owen
WHITFORD & NEUHAUSER
5135 Dixie Highway, Ste. 24
Louisville, Kentucky 40216
(502) 648-9392
(877) 392-7941 - fax
Email: whitford13notice@gmail.com
*Counsel for Debtors*